## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:09-CV-264-GCM

JEFFREY T. LEARDINI,

       **Plaintiff,**

v.

**CHARLOTTE MECKLENBURG**
**BOARD OF EDUCATION,**

       **Defendant.**

## ORDER

    THIS MATTER is before the Court on its own motion.  IT IS HEREBY ORDERED that the trial in this matter is set for rescheduled for the **August 22, 2011** term at 10:00 A.M. in Courtroom 3 at 401 West Trade Street, Charlotte, NC 28202.

    SO ORDERED.

           Signed: May 16, 2011

           Graham C. Mullen
           United States District Judge