# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:09-CV-264-GCM

| | | |
|---|---|---|
| **JEFFREY T. LEARDINI,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **CHARLOTTE MECKLENBURG** | ) | |
| **BOARD OF EDUCATION** | ) | |
| **and** | ) | |
| **KAY CUNNINGHAM,** | ) | |
| **Defendants.** | ) | |

 

**THIS MATTER** is before the Court on its own motion.  IT IS HEREBY ORDERED that the trial in this matter is re-scheduled for **September 26, 2011** at 10:00 A.M. in Courtroom 3.

IT IS FURTHER ORDERED THAT the deadline for the parties to file their pre-trial materials with the Court is re-set for August 19, 2011.

The pre-trial conference date remains set for August 30, 2011 at 2:00 P.M.

SO ORDERED.

Signed: August 1, 2011

Graham C. Mullen
United States District Judge