UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-264-GCM

| | | |
|---|---|---|
| JEFFREY T. LEARDINI, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| CHARLOTTE MECKLENBURG | ) | |
| BOARD OF EDUCATION | ) | |
| and | ) | |
| KAY CUNNINGHAM, | ) | |
|     Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion. IT IS HEREBY ORDERED that the trial in this matter is re-scheduled for **February 6, 2012** at 10:00 A.M. in Courtroom 3.

IT IS FURTHER ORDERED THAT the deadline for the parties to file their pre-trial materials with the Court is re-set for **January 6, 2012.**

The pre-trial conference date is re-set for **January 10, 2012** at 2:00 P.M.

SO ORDERED.

    Signed: August 18, 2011

    */s/ Graham C. Mullen*
    Graham C. Mullen
    United States District Judge