**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:09-CV-264**

| | |
|---|---|
| **JEFFREY T. LEARDINI,** )<br>)<br>   **Plaintiff,** )<br>)<br>   **vs.** )<br>)<br>**CHARLOTTE-MECKLENBURG** )<br>**BOARD OF EDUCATION and** )<br>**KAY CUNNINGHAM, in her individual** )<br>**and official capacities,** )<br>)<br>   **Defendants.** )<br>_____ ) | **ORDER** |

      **THIS MATTER** is before the Court on Defendants' Motion for Judgment as a Matter of

Law. [D.I. 56]. For the reasons stated in open court on February 23, 2012, Defendants' Motion

is **GRANTED IN PART AND DENIED IN PART.**

      **IT IS SO ORDERED**.

                    Signed: February 24, 2012

                    Graham C. Mullen
                    United States District Judge

1