IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-264

| | |
|---|---|
| JEFFREY T. LEARDINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHARLOTTE-MECKLENBURG ) | |
| BOARD OF EDUCATION and ) | |
| KAY CUNNINGHAM, in her individual ) | |
| and official capacities, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendants' Motion for Judgment as a Matter of Law. [D.I. 56]. For the reasons stated in open court on February 23, 2012, Defendants' Motion is **GRANTED IN PART AND DENIED IN PART.**

**IT IS SO ORDERED**.

Signed: February 24, 2012

Graham C. Mullen
United States District Judge

1