**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:09-CV-264**

| | | |
|---|---|---|
| **JEFFREY T. LEARDINI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **CHARLOTTE-MECKLENBURG** | ) | |
| **BOARD OF EDUCATION and** | ) | |
| **KAY CUNNINGHAM, in her individual** | ) | |
| **and official capacities,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

      **THIS MATTER** is before the Court on Plaintiff's Motion for Judgment as a Matter of

Law. [D.I. 59]. For the reasons stated in open court on February 24, 2012, Plaintiff's Motion is

**DENIED.**

      **IT IS SO ORDERED**.

Signed: February 24, 2012

Graham C. Mullen
United States District Judge

1