# United States District Court
# For The Western District of North Carolina
# Charlotte Division

JEFFREY T. LEARDINI,

        Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                   3:09CV264

CHARLOTTE-MECKLENBURG BOARD
OF EDUCATION and KAY CUMMINGHAM,

        Defendant(s).


DECISION BY COURT. This action having come before the Court by Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the jury's February 24, 2012 verdict.


                                                  Signed: May 24, 2012

                                                  *Frank G. Johns*

                                                  Frank G. Johns, Clerk
                                                  United States District Court