# United States District Court
# For The Western District of North Carolina
# Charlotte Division

JEFFREY T. LEARDINI,

       Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                3:09CV264

CHARLOTTE-MECKLENBURG BOARD OF EDUCATION and KAY CUMMINGHAM,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the jury's February 24, 2012 verdict.

Signed: May 24, 2012

Frank G. Johns, Clerk
United States District Court