IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-264

| | |
|---|---|
| JEFFREY T. LEARDINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | FINAL JUDGMENT |
| ) | |
| CHARLOTTE-MECKLENBURG ) | |
| BOARD OF EDUCATION and ) | |
| KAY CUNNINGHAM, in her individual ) | |
| and official capacities, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** having come before the Court for trial and the jury having rendered its verdict on February 24, 2012,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff Jeffrey T. Leardini shall have, take and recover of the Defendants, jointly and severally, the sum of one million one hundred twenty-one thousand five hundred sixty dollars and no cents ($1,121,560.00) as compensatory damages, together with interests and costs as provided by law.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiff Jeffrey T. Leardini shall have, take and recover of the Defendant Kay Cunningham the sum of fifty-two thousand one hundred fifty-six dollars and no cents ($52,156.00) as compensatory damages, together with interests and costs as provided by law.

IT IS SO ORDERED.

1

Signed: June 6, 2012

Graham C. Mullen
United States District Judge